UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

_____

IN RE: *Just For Men® Mass Tort Litigation*

                                           Case No. 3:16-cv-00638-DRH
                                           Master Docket – In Re: *Just For Men® Mass Tort Litigation*

_____

**This Document Relates to:**

    ALL Just for Men® Cases

**CASE MANAGEMENT ORDER NO. 6**
**(Establishing Escrow Agent to Manage Fee and Expense Funds)**

    Pursuant to CMO No. 5, and the request of the Plaintiff's Steering Committee (PSC), the below named individual is designated as the Escrow Agent to manage the Common Benefit Fee and Expense Funds on behalf of the PSC:

Sheri O'Gorman
Legal Administrator
Schlichter, Bogard & Denton, LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Phone: 314-621-6115
Fax: 614-621-1365
sogorman@uselaws.com

**IT IS SO ORDERED.**
**Dated: May 11, 2017**

Digitally signed by Judge David R. Herndon
Date: 2017.05.11 15:25:32 -05'00'

**United States District Judge**