# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**IN RE: Just For Men® Mass Tort Litigation**

Case No. 3:16-cv-00638-DRH
Master Docket – In Re: *Just For Men® Mass Tort Litigation*

This Document Applies to All Actions

## CASE MANAGEMENT ORDER NO. 7
### (Defendant Fact Sheet)

This Order governs the form and schedule for service of Defendant Fact Sheets ("DFS") to be completed by Combe Incorporated on behalf of all named Defendants in all individual cases that were originally filed in this Court or transferred or removed to this Court.

1. Combe Incorporated, on behalf of all named Defendants, shall complete a DFS for each received Plaintiff Fact Sheet ("PFS") using the form set forth in Attachment A hereto.

2. Combe Incorporated shall submit a DFS to the Plaintiff using LMI within sixty (60) days of the date the Defendants receive a substantially completed and verified PFS from a Plaintiff. For cases where Plaintiffs have already submitted a substantially completed and verified PFS as of the date of this Order, Defendants will complete a DFS within 90 days of this Order.

3. If Defendants fail to provide a complete and verified DFS within the time period set forth hereinabove, Defendants shall be given notice by e-mail

from Plaintiffs' Counsel and shall be given twenty (20) additional days to cure such deficiency. Failure to timely comply may result in a dismissal of a defense.

4. Defendants' responses on a DFS shall be treated as answers to interrogatories under Fed. R. Civ. P. 33 and responses to requests for production of documents under Fed. R. Civ. P. 34 and shall be supplemented in accordance with Fed. R. Civ. P. 26.

5. Plaintiffs' use of the DFS shall be without prejudice to the right of the Plaintiffs in a specific case to serve additional discovery.

**IT IS SO ORDERED.**

**Dated: August 28, 2017**

Digitally signed by Judge David R. Herndon
Date: 2017.08.28 11:25:17 -05'00'

**United States District Court Judge**