# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

_____

**IN RE:** *Just For Men® Mass Tort Litigation*

                                            **Case No. 3:16-cv-00638-DRH**
                                            **Master Docket – In Re:** *Just For Men® Mass Tort Litigation*

_____

**This Document Relates to:**

    **ALL Just for Men® Cases**

## ORDER ESTABLISHING RANDI ELLIS AS MEDIATION FACILITATOR

This litigation has reached a point to where the Court and the parties believe that appointment and implementation of a mediation facilitator will greatly aid those involved in the proceedings. Thus, the Court hereby appoints **RANDI ELLIS**, as mediation facilitator. Ms. Ellis is experienced in dispute resolution and has served as a court-appointed mediator in numerous federal and state court cases. It is the opinion of this Court that Ms. Ellis possesses the requisite skills, experience, knowledge, character, credibility, and other attributes necessary to serve as mediation facilitator.

The Court bestows Ms. Ellis with the power to do all things necessary to facilitate the mediation process, including but not limited to, fact gathering and documentary proof of plaintiffs who wish to be considered as part of this mass action. The Court encourages Ms. Ellis to further help aid and assist progress of

1

this legal action by contacting potential plaintiffs who have not yet filed cases, who may have an interest in participating in this ongoing litigation. Additionally, Ms. Ellis should attempt to obtain signatures to the current Tolling Agreement by those parties wishing to participate.

In consideration of her services, the parties are to pay Ms. Ellis' fees equally, half by the defense group and half by the plaintiff groups. The plaintiff groups on their own may come to a decision on how they will split their portion of the responsibility without instruction from the Court.

**IT IS SO ORDERED.**

Judge Herndon
2018.06.15
14:54:44 -05'00'

**United States District Judge**