IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**IN RE:** Just For Men Mass Tort Litigation

          **Case No. 3:16-cv-00638-DRH**
          Master Docket – In Re: Just For Men Mass Tort Litigation

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**This Documents Relates to Specific Motions (Docket Numbers 44 & 45)**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

## ORDER

This matter is before the Court on two motions (doc. 44 and doc. 45) seeking additional time to provide required material - as ordered by Case Management Order No. 8 (doc. 41) - by counsel representing approximately 483 individuals. The Court has considered the requests and consulted with Randi Ellis, the Court-appointed Mediation Facilitator in this proceeding. The Court will grant relief, as outlined below.

### 1. Docket Number 44

On August 30, 2018, a group of Plaintiffs/claimants represented by John Driscoll moved for an extension of time (doc. 44). The 455 Plaintiffs/claimants (listed on Exhibit A to their motion) seek additional time to satisfy the requirements set forth in Case Management Order No. 8 (doc. 41). The request for additional time is **GRANTED** *in part*, and **DENIED** *in part*, as set out below.

A. Counsel for all Plaintiffs/claimants listed on Exhibit A (doc. 44) is hereby **ORDERED** to produce to Defendants, in a spreadsheet format that will be provided

1

by Randi Ellis, the complete information for each individual, including the date of injury, within 7 days from the date of this Order.

B. Counsel for all Plaintiffs/claimants listed on Exhibit A (doc. 44) is hereby **ORDERED** to produce a completed Plaintiff Fact Sheet, Authorizations, Responsive Documents, and required Photographs (before use, during injury, and current photographs), including all applicable medical records, and any other evidentiary support that counsel deems necessary in each case to substantiate the existence and degree of the alleged injuries, by September 28, 2018.

C. All requests for relief beyond the times set out above are **DENIED.**

## 2. Docket Number 45

On August 31, 2018, unfiled claimants represented by Burg Simpson, filed a motion to intervene seeking an unspecified extension of time to submit medical records for 22 unfiled claimants listed in the motion, and an extension to submit photographs for an additional claimant, Ronald Martinez (doc. 45). The Motion is **GRANTED** in part, and **DENIED** in part, as set out below.

A. Counsel for all claimants listed in the Motion (doc. 45) is hereby **ORDERED** to produce to Defendants, in a spreadsheet format that will be provided by Randi Ellis, the complete information for each individual, including the date of injury, within 7 days from the date of this Order.

B. With respect to the request for an extension of time as to all other material from these claimants, Counsel for all claimants listed in the Motion (doc. 45) is hereby **ORDERED** to produce a completed Plaintiff Fact Sheet,

Authorizations, Responsive Documents, and required Photographs (before use, during injury, and current photographs), including all applicable medical records, and any other evidentiary support that counsel deems necessary in each case to substantiate the existence and degree of the alleged injuries, by September 28, 2018.

C. All requests for relief beyond the times set out above are **DENIED.**

**IT IS SO ORDERED.**

Judge Herndon
2018.09.17 12:41:11
-05'00'

**United States District Judge**